**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 25, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LINDSEY KENT SPRINGER,

Defendant - Appellant.

No. 14-5109
(D.C. Nos. 4:13-CV-00145-SPF-TLW and
4:09-CR-00043-SPF-1)
(N.D. Okla.)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]

Before **HARTZ**, **McKAY**, and **MATHESON**, Circuit Judges.

Appellant seeks a certificate of appealability to appeal the district court's dismissal

of his 28 U.S.C. § 2255 habeas petition.

In 2010, Appellant was convicted on several tax evasion charges and sentenced to

180 months' imprisonment. We affirmed his convictions and sentence on direct appeal.

*United States v. Springer*, 444 F. App'x 256 (10th Cir. 2011). Appellant then filed the

instant § 2255 petition, in which he raised seventy-six grounds for relief. The district

court dismissed the majority of these grounds as procedurally barred, then concluded that

---

[*] This order is not binding precedent except under the doctrines of law of the case,
res judicata, and collateral estoppel. It may be cited, however, for its persuasive value
consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

each of the remaining grounds failed on the merits.

We have thoroughly reviewed the appellate record and Appellant's filings on appeal, as well as the applicable legal standards. Having done so, we conclude that reasonable jurists would not debate the correctness of the district court's comprehensive orders disposing of this case. We accordingly **DENY** Appellant's request for a certificate of appealability and **DISMISS** the appeal. We **DENY** Appellant's motion to proceed *in forma pauperis* on appeal. All other pending motions are likewise **DENIED**.

ENTERED FOR THE COURT


Monroe G. McKay
Circuit Judge